UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff, | )<br>)<br>) |
| v. | )    2:02-cr-0034-LJM-CMM-01 |
| DANIEL JAMES DENNIS,<br>        Defendant. | )<br>)<br>) |

## ORDER

The clerk is directed to transfer this action from the court's manual filing system, JAMS, to the court's Case Management/Electronic Case Filing (CM/ECF) system, as of the date of this order. All future filings in this action shall be filed under the newly-formatted case number, as set out in the caption of this order.

All counsel who have previously appeared in this action and have not yet registered to participate in the court's electronic filing program, shall do so within fourteen (14) days of this order. Detailed *Electronic Filing Instructions* and an *Electronic Case Filing Registration Form* are attached to this entry for the convenience of counsel. Additional information pertaining to the use of the CM/ECF system may be obtained through the court's website at www.insd.uscourts.gov or by contacting the clerk's office at (317) 229-3700.

02/03/2010

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Susan Dowd
United States Attorney's Office
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048

William Dazey
FEDERAL COMMUNITY DEFENDERS OFFICE
111 Monument Circle
Suite 752
Indianapolis, IN 46204