AO 83 (Rev. 01/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Indiana

2010 FEB -5 PM 1:23

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| DANIEL JAMES DENNIS | ) | Case No. 2:02-cr-0034-LJM-CMM-1 |
| 2813 W. 26th Street, Muncie, IN 47302 | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CRIMINAL CASE

YOU ARE SUMMONED to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: U.S. Courthouse<br>46 E. Ohio Street<br>Indianapolis, IN 46204 | Courtroom No.: 202 |
|---|---|
| | Date and Time: 02/26/2010 10:00 |

This offense is briefly described as follows:

Noncompliance with Supervised Release

Date: 02/04/2010

*Issuing officer's signature*

Laura A. Briggs, Clerk of Court
*Printed name and title*

By: _____
Deputy Clerk, U.S. District Court

## Proof of Service

This summons was received by me on (date) 2/23/10

☒ I personally served the summons on this defendant Daniel James Dennis at
place 206 Granville Rd. Muncie, IN. 17303 on (date) 2/24/10 ; or

☐ On (date) _____, I left the summons at the defendant's residence or usual place of abode
with (name) _____, a person of suitable age and discretion who resides
there, and mailed a copy to the defendant's last known address; or

☐ The summons was returned unexecuted because _____

I declare under penalty of perjury that this information is true.

Date returned: 2/24/10

*R. Valen__*
*Server's signature*

R. Valencia Deputy U.S. Marshal
*Printed name and title*

Remarks: