# REPORT OF PROCEEDINGS BEFORE UNITED STATES MAGISTRATE

**MAGISTRATE CAUSE NUMBER:**  **CAUSE NUMBER: 2:02-cr-0034-LJM-KPF-1**

At <u>Indianapolis, IN</u> on <u>1/19/11</u>

Proceedings in United States vs. <u>DANIEL JAMES DENNIS</u>

Appeared in the custody of a Federal Officer O   Appeared voluntarily G

Description: Age ____ Sex <u>M</u>  Race ____ Born: Native G Foreign G

Address ____

Name of complainant and title (if any) __

Date of Petition <u>5/26/10</u>

Offense charged <u>Viol. Supv. Release</u>   Date of offense ____

Where committed <u>SD/Indiana</u>   Date of Warrant <u>6/3/10</u>

Date of hearing <u>1/19/11</u>   Examination waived ____

Bail fixed at $ <u>None</u>

Released <u>Own Recognizance</u>

Committed to ____

Discharged (date) ____

Name and address of surety ____

Names and residences of witnesses ____

Remarks <u>Deft. appeared in person and by appointed counsel FCD William Dazey for an initial appearance on a supervised release violation petition. Govt. represented by Josh Minkler and USPO by Ross Carothers. Charges and rights were read and explained. Deft. signed Waiver of Preliminary Hearing in open court and probable cause was found. Revocation hearing held. Deft. admitted to violations 4, 5 and 6 and Court found he violated the same. Govt. orally moved to dismiss violation 3 and the same was granted. Violations 1 and 2 were admitted at the hearing held 2/26/10. See Report and Recommendation to District Judge. Deft. released on his own recognizance pending approval of Report and Recommendation and entry of Judgment and Commitment Order.</u>

26 mins

*Kennard P. Foster, United States Magistrate Judge*