UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 2:02-cr-0034-01 (M/CMM) |
| | ) | |
| DANIEL JAMES DENNIS, | ) | |
| | ) | |
| Defendant. | ) | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter is before the undersigned U. S. Magistrate Judge pursuant to the Order entered by the Honorable Larry J. McKinney, Judge, on June 15, 2010 designating the Magistrate Judge to conduct a hearing on the Supplemental Petition for Summons or Warrant for Offender Under Supervision filed with the Court on May 26, 2010, and to submit to Judge McKinney proposed Findings of Facts and Recommendations for disposition under Title 18 U.S.C. §§3401(i) and 3583(e). All proceedings were held on January 19, 2011 in accordance with Rule 32.1 of the *Federal Rules of Criminal Procedure*.[1] Mr. Dennis appeared in person with his appointed counsel, Bill Dazey, Office of the Indiana Federal Community Defender. The government appeared by Josh Minkler, Assistant United States Attorney. U. S. Parole and Probation appeared by Ross Carothers, U. S. Parole and Probation officer, who participated in the proceedings.

---

[1] All proceedings are recorded by suitable sound recording equipment unless otherwise noted. *See,* Title 18, United States Code, Section 3401(e).

The Court conducted the following procedures in accordance with Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583:

1. Bill Dazey, Office of the Indiana Federal Community Defender, was present and appointed by the Court to represent Mr. Dennis in regard to the pending Supplemental Petition for Warrant or Summons for Offender Under Supervision.

2. A copy of the Supplemental Petition was provided to Mr. Dennis and his counsel who informed the Court that they had read and understood the specifications of violations and waived further reading thereof.

3. Mr. Dennis was advised of his right to a preliminary hearing and its purpose in regard to the alleged specified violations of his supervised release contained in the pending Supplemental Petition.

4. Mr. Dennis would have a right to question witnesses against him at the preliminary hearing unless the Court, for good cause shown, found that justice did not require the appearance of a witness or witnesses.

5. Mr. Dennis had the opportunity to appear at the preliminary hearing and present evidence on his own behalf.

6. If the preliminary hearing resulted in a finding of probable cause that Mr. Dennis had violated an alleged condition or conditions of his supervised release set forth in the Supplemental Petition, he would be held for a revocation hearing before the undersigned Magistrate Judge, in accordance with Judge McKinney's designation.

7. Mr. Dazey stated that Daniel James Dennis would stipulate there is a basis in fact to hold him on the specifications of violations of supervised release numbered 4, 5 and 6 set forth in the

Supplemental Petition, but not as to specification of violation of supervised release numbered 3. Mr. Dennis executed a written waiver of the preliminary examination, which was accepted by the Court.

    8. The parties stated in open Court:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 4 | **"The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer."** |
| | Sergeant Linda Cook f the Muncie Police Department stated she contacted the offender by telephone on April 30, 2010, to discuss the allegations previously listed. The offender left a phone message for his probation officer on April 30, 2010, advising there had been a situation, but did not disclose that he had contact with law enforcement. The probation officer attempted to return his call on May 4, 2010, but his cell phone had been disconnected. It was not until May 11, 2010, that the offender left a message stating he had contact with a detective in Muncie, Indiana. |
| 5 | **"The defendant shall notify the probation officer at least ten days prior to any change in residence or employment."** |
| | On April 20, 2010, the probation officer attempted to conduct a home visit at 1206 N. Granville, Muncie, Indiana, but made contact with the offender by telephone since he was not home. On May 5, 2010, the probation office was contacted by Sergeant Linda Cook of the Muncie Police Department. She advised the offender was no longer living at the reported residence. On May 18, 2010, the offender's landlord, Rich Reece, confirmed the offender moved out of his apartment around May 1, 2010. The offender's whereabouts were unknown until his arrest on May 20, 2010. |
| 6 | **"The defendant shall report to the probation officer and shall submit a complete written report within the first five days of each month."** |
| | The offender failed to submit monthly supervision reports for March and April, 2010. |

The Court placed Mr. Dennis under oath and directly inquired of Mr. Dennis whether he admitted violations of the specifications of his supervised release set forth above. Mr. Dennis stated that he admitted the above violations as set forth above. The government moved to dismiss specification numbered 3 contained in the Supplemental Petition to revoke defendant's supervised release, filed May 26, 2010, and the Court dismissed the same.

Counsel for the parties further stipulated to the following:

1) Mr. Dennis has a relevant criminal history category of VI, U.S.S.G. §7B1.4(a).

2) The most serious grade of violation committed by Mr. Dennis constitutes a Grade C violation, pursuant to U.S.S.G. §7B1.1(b).

3) Pursuant to U.S.S.G. §7B1.4(a) upon revocation of supervised release, the range of imprisonment applicable to Mr. Dennis is 8-14 months.

The parties agreed on the appropriate disposition of the case as follows:

a. The appropriate disposition of the case would be a sentence of 231 days in the custody of the Attorney General or his designee. The parties agree that since defendant has been in custody for 231 days, that the incarceration subsumed any potential sentence of imprisonment.

b. Defendant will remain on the same supervised release conditions ordered at sentencing.

The Court having heard the evidence and/or arguments of Mr. Dennis, his counsel and the government, now finds that Mr. Dennis violated the specified conditions of supervised release as delineated above in the Supplemental Petition to Revoke his supervised release.

Mr. Dennis's supervised release is therefore **REVOKED** and he is sentenced to time already served. Defendant will remain on the same supervised release conditions ordered at sentencing.

The Magistrate Judge requests that Ross Carothers, U. S. Parole and Probation Officer, prepare for submission to the Honorable Larry J. McKinney, Judge, as soon as practicable, a supervised release revocation judgment, in accordance with these findings of facts, conclusions of law and recommendation.

Counsel for the parties and Mr. Dennis stipulated in open court waiver of the following:

1. Notice of the filing of the Magistrate Judge's Report and Recommendation;

2. Objection to the Report and Recommendation of the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §636(b)(1)(B); Rule 72(b), *Federal Rules of Civil Procedure*, and S.D.Ind.L.R.72.1(d)(2), *Local Rules of the U.S. District Court for the Southern District of Indiana.*

Counsel for the parties and Mr. Dennis entered the above stipulations and waivers after being notified by the undersigned Magistrate Judge that the District Court may refuse to accept the stipulations and waivers and conduct a revocation hearing pursuant to Title 18 U.S.C. §3561 *et seq.* and Rule 32.1 of the *Federal Rules of Criminal Procedure* and may reconsider the Magistrate Judge's Report and Recommendation, including making a *de novo* determination of any portion of the Report or specified proposed findings or recommendation upon which he may reconsider.

WHEREFORE, the U. S. Magistrate Judge **RECOMMENDS** the Court adopt the above recommendation revoking Daniel James Dennis's supervised release.

IT IS SO RECOMMENDED this 24th day of January, 2011.

_____
Kennard P. Foster, Magistrate Judge
United States District Court
Southern District of Indiana

Distribution:

Josh Minkler,
Assistant U. S. Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204

Bill Dazey,
Office of Indiana Federal Community Defender
111 Monument Circle, #752
Indianapolis,　IN 46204

U. S. Parole and Probation

U. S. Marshal